CHAPMAN v. STATE.    (No. 5158.)

(Court of Criminal Appeals of Texas.    Oct. 30, 1918.)

Appeal from District Court, Collin County; M. H. Garnett, Judge.

Forrest Chapman was convicted of burglary, and appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J.    Appellant appealed from a conviction for burglary, but without any statement of fact or bill of exceptions. There is nothing to consider in the absence of these. The judgment is affirmed.

---

⬤⟰For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes